UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAMANAND PERSAUD, | : | Civil No. 06-4878 (RBK) |
| Petitioner, | : | |
| v. | : | **O R D E R** |
| CHARLES SAMUELS, JR. WARDEN, FEDERAL CORRECTIONAL INSTITUTION, | : | CLOSED |
| Respondent. | : | |

THIS MATTER having come before the Court on application of petitioner, Ramanand Persaud, for habeas relief pursuant to 28 U.S.C. § 2241; and the Court having reviewed all written submissions by the petitioner and respondent; and for the reasons discussed in the accompanying Opinion;

IT IS on this  3rd  day of    July   , 2007,

**ORDERED** that petitioner's application for relief under 28 U.S.C. § 2241 is hereby **DENIED**; and it is further

**ORDERED** that the Clerk is directed to serve this Order upon the parties, pursuant to the Federal Rules of Civil Procedure, and to close this file accordingly.

S/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge